IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| MICHAEL POSTAWKO, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GEORGE LOMBARDI, et al., )<br>)<br>Defendants. ) | Case No. 15-4281-CV-C-NKL |

## DEFENDANTS' RESPONSE TO MOTION TO WITHDRAW AS COUNSEL

Defendants do not oppose counsel for Plaintiff's "Motion to Withdraw as Counsel for Plaintiff." ECF Doc. 163.

To the extent that the motion states that Plaintiff believes his attorney-client telephone calls are being listened to by Defendants, Defendants deny this allegation.

Respectfully submitted,

**JOSHUA D. HAWLEY**
Attorney General

/s/ *Kayla Kemp*
Kayla Kemp
Assistant Attorney General
Missouri Bar No. 69488

P.O. Box 899
Jefferson City, MO 65102
Phone (573) 751-9167
Fax (573) 751-9456
Email: kayla.kemp@ago.mo.gov
**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of October, 2017, I electronically filed the forgoing with the Clerk of the Court using the CM/ECF electronic notification system, which sent notice to all counsel of record and mailed a copy of the foregoing via U.S. mail to:

Michael Postawko
#533578
ERDCC
2727 Hwy K
Bonne Terre Missouri 63628

/s/ *Kayla Kemp*
Kayla Kemp
Assistant Attorney General

2